COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | In re Julie Stagner; Longmont Properties, LLC; RSJS Management, Inc.; RSJS Ventures, LP; and Breck Real Properties, LLC, Relators |
| Appellate case number: | 01-18-00758-CV |
| Trial court case number: | 2017-73196 |
| Trial court: | 151st District Court of Harris County |

The Clerk of this Court's October 11, 2018 notice had stayed this original proceeding pursuant to the "Suggestion of Bankruptcy" that Mattress Firm, Inc. had filed in two related appeals under 01-18-00548-CV and 01-18-00867-CV, arising from the same underlying trial court cause number 2017-73196 as this original proceeding. On February 13, 2019, real party in interest Colliers International—Atlanta, LLC filed a motion to reinstate this original proceeding because the automatic stay has been lifted. RPI Colliers states that the bankruptcy court's November 16, 2018 order confirmed Mattress Firm's Chapter 11 Plan of Reorganization and provided that the automatic stay shall continue until the Effective Date, and it attached certified copies of the bankruptcy court's order and a Notice filed there stating that the Effective Date was November 21, 2018.

Accordingly, the Court **grants** RPI Colliers's motion to reinstate and directs the Clerk of this Court to **reinstate** this original proceeding. *See* TEX. R. APP. P. 8.3(a).

It is so ORDERED.

Judge's signature: _____/s/ Evelyn V. Keyes_____
                     x  Acting individually     ☐ Acting for the Court

Date: __February 21, 2019_____